UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK STATE CATHOLIC
HEALTH PLAN, INC. *et al*,

                    Plaintiffs,

-v-

US FIDELIS INC., *et al*,

                    Defendants.

No. 09 Civ. 04305 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED, that the time of the conference presently scheduled by this Court for 9:45 a.m. on June 24, 2009 is hereby changed to 12:00 p.m. on June 26, 2009.

SO ORDERED.

DATED:    June 15, 2009
               New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/09